IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

RICK BEARD
    PLAINTIFF 3152 Heritage Lane
    Fort Worth, TX 76140

VS.

SIDNEY THOMPSON ET AL
    DEFENDANT

Case: 1:08-cv-00747
Assigned To : Unassigned
Assign. Date : 4/30/2008
Description: Civil Rights-Non-Employ.

CIVIL ACTION NUMBER:_____

COMPLAINT FOR BUSINESS FRAUD AND DECEPTION

    COMES NOW THE PLAINTIFF RICK BEARD AND FILES HIS COMPLAINT FOR BUSINESS FRAUD AND DECEPTION.

1.    PLAINTIFF'S

        *RICK BEARD*
        *3152 HERITAGE LANE*
        *FORT WORTH, TEXAS 76140*

2.
IS:    DEFENDANT IS A TEXAS JP COURT JUDGE AND THEIR ADDRESS

*Sidney Thompson*
*3212 Miller Avenue*
*Fort Worth, Texas 76119*

MAR 2 4 2008

Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT FOR FEDERAL COURT    1

### ALLEGATION NUMBER 1

5. THE DEFENDANT IN AN ARBITRARY AND CAPRICIOUS WAY HAVE CONSPIRED TO DEFRAUD THE PLAINTIFF OUT OF HIS HOME.

### ALLEGATION NUMBER 2

6. THE DEFENDANTS ARE IN SERIOUS VIOLATIONS OF STATE AND HOUSING FEDERAL LAWS NAMELY THE USE OF THE COMPANY'S UNSYSTEMATIC DEVISED AND TECHNIQUES TO UNJUSTLY TAKE HIS HOME. THIS IS BEING DONE WITH THE FULL KNOWLEDGE THAT THEY MAY BE IN SERIOUS VIOLATION OF FEDERAL LAW.

### ALLEGATION NUMBER 3

7. THE DEFENDANT IN THERE SEVERE AND CONSISTENT HASTE TO FORCE THE PLAINTIFF OUT OF HIS HOME HAS USED ALL KINDS OF TACTICS TO FORCE HIM OUT; THIS HAS BEEN DONE ILLREGARDLESS OF THE PLAINTIFFS EQUITY IN THE IN THE SYSTEMATIC PROCESS..

### ALLEGATION NUMBER 4

8. THE DEFENDANT HAS DELIBERATELY TAKEN ADVANTAGE OF THE PLAINTIFFS LACK OF KNOWLEGE ABOUT THE HOUSING INDUSTRY TO TRY TO ILLEGALLY FORCE HIM OUT OF HIS DOMOCILE. THIS ATTEMPT ON THE PART OF THE DEFENDANT TO ILLEGALLY REMOVE THE PLAINTIFF FROM HIS HOME IS BEING

DONE IN SPITE OF THE PLAINTIFF POSITIVE ATTEMPTS TO SOLVE THIS HOSTILE HOUSING TAKE OVER ON THE PART OF THE DEFENDANT.

### ALLEGATION NUMBER 5

9.   THE DEFENDANTS THROUGH THE USE OF CALLOUS ACTIONS HAVE DEVELOPED A SCHEME TO TAKE THE PLAINTIFF'S HOME FROM HIM WITH OUT REAGARD FOR THE FEDERATED PROCESS BY INIATING ILLEGAL ORDERS

TRIAL BY JURY :

JURY TRIAL REQUEST.

RELIEF REQUESTED

PLAINTIFF SEEKS JUDGMENT AS FOLLOWS:

A.  DAMAGES IN THE AMOUNT OF 5,000,000 FOR THE MENTAL AND PHYSICAL STRESS WHICH THIS SITUATION HAS CAUSED HIM.

B.  A FEDERAL INJUNCTION AND OR A CEASE AND DESIST ORDER TO PREVENT THE DEFENDANT FROM USING ANY SYSTEMATIC MEANS TO ILLEGALLY FORCE HIM FROM HIS HOME AND OR TO FORCE THE DEFENDANT TO COME TO THE TABLE AND WORK OUT A COMPROMISE.

RESPECTFULLY SUBMITTED:

*[signature]*

RICK BEARD
3152 HERITAGE LANE
FORT WORTH, TEXAS 76140